# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2016

## NO. 03-16-00105-CV

**Courtney Sukup, Appellant**

**v.**

**Cody Everet Smith, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order adjudicating parentage signed by the trial court on January 19, 2016. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.